# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN TOVAR, | § | |
|     *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:14-cv-151 |
| | § | |
| ACE CASH EXPRESS, INC., | § | |
|     *Defendant*. | § | |
| | § | |

## ORDER

Before this Court is Plaintiff Juan Tovar's Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i). [Doc. No. 4]. The Court hereby orders that the above-referenced action is dismissed without prejudice, with costs to be borne by the party incurring the same. The Clerk of the Court is ordered to close this case.

Signed this 17th day of September, 2014.

 

Andrew S. Hanen
United States District Judge